FRANZ SADAN, Respondent, *v.* B. CRYSTAL & SON, Appellant.

*Sadan* v. *Crystal & Son*, 155 App. Div. 934, affirmed.
(Submitted March 10, 1915; decided March 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 2, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligent operation of an elevator which he was obliged to use in connection with his employment by defendant.

*Joseph M. Proskauer* for appellant.

*Frank Verner Johnson* and *George S. Scofield* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN and SEABURY, JJ. Not sitting: MILLER, J.